UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPRIGGS,<br><br>    Plaintiff,<br><br>  v.<br><br>CARRIE LOVE,<br><br>    Defendant. | No. 2:13-cv-2622 MCE AC PS<br><br><br><br>ORDER |

Defendant, proceeding pro se, filed a Notice of Removal in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On February 6, 2014, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

Although it appears from the file that defendant's copy of the findings and recommendations was returned, defendant was properly served. It is the defendant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

///

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1.  The findings and recommendations filed February 6, 2014, are adopted in full; and
5      2.  This action is remanded to the Sacramento County Superior Court for lack of subject
6  matter jurisdiction and as untimely removed.
7  Dated:  March 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT